# United States Court of Appeals
## For the First Circuit

No. 99-2352

IN RE: CARL E. BAYLIS,

~~Debtor,~~

CONSTANCE B. RUTANEN; ELLA QUEVILLON, BY AND FOR THE ESTATE OF ROBERT
S. QUEVILLON; THERESA J. ALEXANDER,

Plaintiffs, Appellees,

v.

CARL E. BAYLIS, INDIVIDUALLY AND IN HIS CAPACITY AS CO-TRUSTEE OF THE
ANTONIA QUEVILLON TRUST,

Defendant, Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Nathaniel M. Gorton, U.S. District Judge]

ERRATA SHEET

The opinion of this Court issued on July 6, 2000, is amended
as follows:

Page 5, line 15: "fulfilling" should be replaced with "breaching".